RICK D. ROSKELLEY, ESQ., Bar # 3192
DIANA G. DICKINSON, ESQ., Bar # 13477
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:    702.862.8800
Fax No.:          702.862.8811
Email:             rroskelley@littler.com
                      ddickinson@littler.com

Attorneys for Defendant
AMERICAN HOMES 4 RENT, LP

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LEAH KISSICK,<br><br>          Plaintiff,<br><br>vs.<br><br>AMERICAN HOMES 4 RENT, LP and DOES 1-50,<br><br>          Defendant. | Case No. 2:19-cv-02120-RFB-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE A RESPONSIVE PLEADING**<br><br>**[FIRST REQUEST]** |

Plaintiff LEAH KISSICK ("Plaintiff") and Defendant AMERICAN HOMES 4 RENT, LP ("Defendant") by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file a responsive pleading from the current deadline of January 2, 2020, up to and including **January 16, 2020**.

As Defense counsel was recently retained in this case, this extension is necessary to provide adequate time for Defense counsel to become familiar with the allegations in the Complaint and to prepare a responsive pleading.

///

///

///

///

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

This is the first request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

Dated: December 23, 2019

Respectfully submitted,

*/s/ Joshua R. Hendrickson*
MARK R. THIERMAN, ESQ.
JOSHUA D. BUCK, ESQ.
JOSHUA R. HENDRICKSON, ESQ.
THIERMAN BUCK LLP

Attorneys for Plaintiff
LEAH KISSICK

Dated: December 23, 2019

Respectfully submitted,

*/s/ Diana G. Dickinson*
RICK D. ROSKELLEY, ESQ.
DIANA G. DICKINSON, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
AMERICAN HOMES 4 RENT, LP

**ORDER**

**IT IS SO ORDERED.**

Dated: _____December 27_____, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

4841-1190-6223.1 074188.1048

2.