RICK D. ROSKELLEY, ESQ., Bar # 3192
DIANA G. DICKINSON, ESQ., Bar # 13477
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:   702.862.8800
Fax No.:     702.862.8811
Email:       rroskelley@littler.com
             ddickinson@littler.com

Attorneys for Defendant
AMERICAN HOMES 4 RENT, LP

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LEAH KISSICK,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>AMERICAN HOMES 4 RENT, LP and DOES 1-50,<br><br>　　　　　Defendant. | Case No. 2:19-cv-02120-RFB-DJA<br><br>**STIPULATION AND ORDER TO ARBITRATE AND STAY PROCEEDINGS** |

　　　　　Plaintiff LEAH KISSICK ("Plaintiff") and Defendant AMERICAN HOMES 4 RENT, LP ("Defendant"), by and through their respective counsel of record, do hereby stipulate and agree as follows:

　　　　　WHEREAS, on or about April 6, 2017, and December 21, 2017, Plaintiff entered into an agreement with Defendant AMERICAN HOMES 4 RENT, LP to arbitrate all disputes arising out of or relating to Plaintiff's employment ("the Arbitration Agreement");

　　　　　WHEREAS, on or about December 10, 2019, Plaintiff filed a Complaint in the United States District Court, District of Nevada, alleging claims for interference with Family Medical Leave Act Rights, disability discrimination in violation of the Americans with Disabilities Act and Nevada law, and age discrimination in violation of the Age Discrimination in Employment Act.

　　　　　WHEREAS, Plaintiff and Defendant agree that the claims should be arbitrated;

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

IT IS HEREBY STIPULATED by and between Plaintiff and Defendant and ORDERED, as follows:

1. The Action, in its entirety, shall be submitted to binding arbitration pursuant to the terms of the Arbitration Agreement;

2. That the filing of the Complaint in this matter on December 10, 2019, shall constitute Plaintiff's timely demand for arbitration pursuant to the terms of the Arbitration Agreement; and

3. All proceedings in this Action shall be stayed pending arbitration.

Dated: January 16, 2020

Respectfully submitted,

*/s/ Joshua R. Hendrickson*
MARK R. THIERMAN, ESQ.
JOSHUA D. BUCK, ESQ.
JOSHUA R. HENDRICKSON. ESQ.
THIERMAN BUCK LLP

Attorneys for Plaintiff
LEAH KISSICK

Dated: January 16, 2020

Respectfully submitted,

*/s/ Diana G. Dickinson*
RICK D. ROSKELLEY, ESQ.
DIANA G. DICKINSON, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
AMERICAN HOMES 4 RENT, LP

**IT IS SO ORDERED.**

Dated: _____, 2020.

_____
UNITED STATES DISTRICT JUDGE

4827-7878-1873.1 074188.1048

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.