# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

LEAH KISSICK,

               Plaintiff,

vs.

AMERICAN HOMES 4 RENT, LP,

               Defendant.

2:19-cv-02120-RFB-DJA

**ORDER**

Before the court is *Leah Kissick v. American Homes 4 Rent, LP*, case number 2:19-cv-2120-RFB-DJA.

Judge Boulware has stayed this matter pending arbitration.  (ECF NO. 10).

Accordingly,

IT IS HEREBY ORDERED that the Early Neutral Evaluation session scheduled for February 20, 2020, is VACATED.

If the arbitration does not resolve all claims, within 20 days after the arbitration, the parties must file a stipulation with the court to reschedule the Early Neutral Evaluation session and to include five proposed ENE dates.

DATED this 13th day of February, 2020.

                                 _____

                                 CAM FERENBACH
                                 UNITED STATES MAGISTRATE JUDGE