RICK D. ROSKELLEY, ESQ., Bar # 3192
DIANA G. DICKINSON, ESQ., Bar # 13477
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:      702.862.8800
Fax No.:          702.862.8811
Email:             rroskelley@littler.com
                       ddickinson@littler.com

Attorneys for Defendant
AMERICAN HOMES 4 RENT, LP

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LEAH KISSICK,<br><br>                    Plaintiff,<br><br>vs.<br><br>AMERICAN HOMES 4 RENT, LP and DOES 1-50,<br><br>                    Defendant. | Case No. 2:19-cv-02120-RFB-DJA<br><br>**STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

     Plaintiff LEAK KISSICK and Defendant AMERICAN HOMES 4 RENT, LP, by and through their respective counsel of record, hereby stipulate and respectfully request an order dismissing the entire action with prejudice.

/ / /

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

Each party shall bear its own costs and fees.

Dated: March 5, 2021

Respectfully submitted, Respectfully submitted,

/s/ Joshua R. Hendrickson  /s/ Diana G. Dickinson
MARK R. THIERMAN, ESQ.  RICK D. ROSKELLEY, ESQ.
JOSHUA D. BUCK, ESQ.  DIANA G. DICKINSON, ESQ.
JOSHUA R. HENDRICKSON, ESQ.  LITTLER MENDELSON, P.C.
THIERMAN BUCK LLP

Attorneys for Plaintiff  Attorneys for Defendant
LEAH KISSICK  AMERICAN HOMES 4 RENT, LP

**ORDER**

**IT IS SO ORDERED.**

_____
RICHARD E. BOULWARE, II
United States District Court

DATED this 10th day of March, 2021.

4829-5035-0806.1 074188.1048

2.